UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIGSLIST, INC.,                           No. C11-3309 EMC

        Plaintiff,

       v.                                   **ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE**

ALECKSEY KERBEL, et al.,

        Defendants.
_____/

The Court is in receipt of Plaintiff's Motion for Default Judgment. Docket No. 24. Having considered Plaintiff's brief and accompanying submissions, the Court hereby orders that Plaintiff file supplemental briefing and/or evidence as to why this Court may exercise personal jurisdiction over Defendant in this matter. Plaintiff shall file its response no later than Friday, May 11, 2012. Plaintiff shall serve its response to this question on Defendant and file a certificate of service with the Court.

      IT IS SO ORDERED.

Dated: May 7, 2012

                                                              _____
                                                              EDWARD M. CHEN
                                                              United States District Judge